■ In the Matter of MELISSA M. P., a Child Alleged to be Permanently Neglected. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; JOSEPHINE M. P., Appellant. (Appeal No. 1.) [679 NYS2d 913] —Order unanimously affirmed without costs. Memorandum: Family Court did not abuse its discretion in denying respondent's oral motion, made at the close of the fact-finding hearing, for an adjournment to enable respondent to file a brief before the court determined whether the children were permanently neglected (see, Family Ct Act § 1048 [a]; see also, Matter of Germaine B., 86 AD2d 847, 848). Respondent offered no evidence at trial, and counsel for respondent failed to indicate how such a brief could assist the court. (Appeal from Order of Erie County Family Court, Mix, J.—Terminate Parental Rights.) Present—Denman, P. J., Wisner, Pigott, Jr., Callahan and Fallon, JJ.

■ In the Matter of EDWARD F. S., a Child Alleged to be Permanently Neglected. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; JOSEPHINE M. P., Appellant. (Appeal No. 2.) [679 NYS2d 914] —Order unanimously affirmed without costs. Same Memorandum as in Matter of Melissa M. P. (255 AD2d 990 [decided herewith]). (Appeal from Order of Erie County Family Court, Mix, J.—Terminate Parental Rights.) Present—Denman, P. J., Wisner, Pigott, Jr., Callahan and Fallon, JJ.

■ CASTLE ENTERPRISES OF HERKIMER, LTD., Respondent, v JOHN HEIMANN et al., Appellants. [679 NYS2d 914] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Parker, J. (Appeal from Order of Supreme Court, Herkimer County, Parker, J.—Injunction.) Present—Denman, P. J., Wisner, Pigott, Jr., Callahan and Fallon, JJ.